Case 2:26-cv-00023   Document 6   Filed 01/16/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ISRAEL AVILA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:26-CV-00002 |
| | § | |
| SAMINIEGO JR. PLACIDO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

Plaintiff Israel Avila, appearing *pro se*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is a prisoner in the Texas Department of Criminal Justice, Criminal Institutions Division ("TDCJ") and is currently housed at the McConnell Unit in Beeville, Texas. In this action, Plaintiff sues three officials from the McConnell Unit: (1) Assistant Warden Placido Samaniego, Jr.; (2) Warden Larissa Wysocki; and (3) Major Aaron M. Cavazos. (D.E. 1, pp. 1, 3). Plaintiff generally alleges that Defendants "demoted" his custody level resulting in his life being placed at risk. *Id.* at 4.

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss,

or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

Plaintiff seeks to hold three McConnell Unit officials responsible for his custody demotion that caused his life to be placed in danger. Each of these defendants reside in Bee County, which is not within the Victoria Division of the Southern District of Texas. Furthermore, it is apparent that the substantial part of the events forming the basis of Plaintiff's claims occurred at the McConnell Unit, which is located in Bee County, Texas. Venue, therefore, is not proper in this division. 28 U.S.C. § 1406(a). The interest of justice, therefore, will be served by transferring this action to the Corpus Christi Division of the Southern District of Texas. *See* 28 U.S.C. § 124(b)(6).

Accordingly, it is **ORDERED** that this case, including all pleadings and motions filed therein, be transferred to the United States District Court for the Southern District of Texas, Corpus Christi Division. The Clerk of Court is directed to **CLOSE** this case in this division.

ORDERED on January 16, 2026.

                                                          _____
                                                          Julie K. Hampton
                                                          United States Magistrate Judge