United States District Court
Southern District of Texas
**ENTERED**
April 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISRAEL AVILA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00023 |
| | § | |
| SAMINIEGO JR. PLACIDO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DENY PLAINTIFF'S MOTION TO REOPEN CASE**

On March 3, 2026, United States Magistrate Judge Julie K. Hampton issued her
"Memorandum and Recommendation to Deny Plaintiff's Motion to Reopen Case" (D.E.
15). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate
Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1);
General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and
recommendation is filed, the district court need only satisfy itself that there is no clear error
on the face of the record and accept the magistrate judge's memorandum and
recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing
*Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the
Magistrate Judge's memorandum and recommendation (D.E. 15), and all other relevant
documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

1 / 2

findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's motion to reopen case (D.E. 13) is **DENIED**.

      **ORDERED** on April 8, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE